## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**STEPHEN JAY McNALLY,**

      **Petitioner,**               **Civil No. 04-73570-DT**
                                      **HONORABLE JOHN CORBETT O'MEARA**
**v.**                                 **UNITED STATES DISTRICT JUDGE**

**BLAINE LAFLER,**

      **Respondent,**

_____/

## JUDGMENT

      The above entitled matter having come before the Court on a Petition for Writ of Habeas Corpus, Honorable John Corbett O'Meara, a United States District Judge, presiding, and in accordance with the Memorandum Opinion and Order entered on **January 20, 2006.**

      IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is DISMISSED WITH PREJUDICE.

      Dated at Detroit, Michigan, this **20th**, day of **January**, 2006.

                                     **DAVID J. WEAVER**
                                   **CLERK OF THE COURT**

**APPROVED:**                          **BY: s/Denise Goodine**
                                    **DEPUTY CLERK**

**s/John Corbett O'Meara**
**JOHN CORBETT O'MEARA**
**UNITED STATES DISTRICT JUDGE**